**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

<u>SCHUTTE & KOERTING</u>          v. <u>SWETT & CRAWFORD</u>          No. <u>05-0165-LAB(LSP)</u>

<u>HON. LEO S. PAPAS</u>     <u>CT. DEPUTY TRISH LOPEZ</u>          Rptr. _____

<u>Attorneys</u>

<u>Plaintiffs</u>                                              <u>Defendants</u>

Defendants' Motion to Compel (Doc. #113) is DENIED.

Defendants have failed to show that the documents requested are relevant to the claim or defense of any party, or are reasonably calculated to lead to the discovery of admissible evidence. FRCP 26(b)(1)

Even if the documents are relevant, which they are not, Defendants have failed to show that they have a substantial need for the documents sought or that they are unable without undue hardship to obtain the substantial equivalent of the materials by other means. FRCP 26(b)(3)

Plaintiff's argument that Defendants' failure to serve a FRCP Rule 45 subpoena on Mr. Wactor for the requested documents defeats Defendants' motion, is moot.

DATED: January 22, 2007

_____
Hon. Leo S. Papas
U.S. Magistrate Judge