1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHUTTE & KOERTING, INC., a Delaware corporation,<br><br>                                               Plaintiff,<br>    vs.<br><br>SWETT & CRAWFORD, a California corporation; THE SWETT & CRAWFORD GROUP, INC., a California corporation; SWETT & CRAWFORD OF ILLINOIS, INC., an Illinois corporation; KENNETH NITZ, and DOES 1 through 20,<br><br>                                               Defendants.<br>_____<br><br>SWETT & CRAWFORD, a California corporation; THE SWETT & CRAWFORD GROUP, INC., a California corporation; SWETT & CRAWFORD OF ILLINOIS, INC., an Illinois corporation; KENNETH NITZ,<br><br>                           Third Party Plaintiffs,<br>    vs.<br><br>THOMAS C. VERNON, JON K. WACTOR, UNITED NATIONAL INSURANCE COMPANY, a Pennsylvania corporation, and ROES 1 through 10,<br><br>                           Third Party Defendants. | CASE NO. 05cv0165-LAB (LSP)<br><br>**ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT BY THIRD-PARTY DEFENDANT UNITED NATIONAL INSURANCE COMPANY** |

On January 24, 2007, Third Party Defendant United National Insurance Company ("United National") moved for entry of judgment under Fed. R. Civ. P. 54(b) and 58(a)(2), noting that no claims remained pending against it and noting also that the other parties remaining in the case did not oppose the motion. On February 9, 2007, Third Party Plaintiffs filed a notice withdrawing their Third Party Complaint without prejudice, signed by their counsel. On February 22, 2007, the Court took the motion for entry of judgment under submission. On March 2, 2007, following the Court's grant of summary judgment in favor of Defendants, Plaintiff Schutte & Koerting, Inc. filed a notice of appeal, which is now pending. Both the motion for entry of judgment and the request for dismissal of the Third Party Complaint were unopposed.

The filing of a notice of appeal divests a trial court of jurisdiction over the matters appealed. *Donovan v. Mazzola*, 761 F.2d 1411, 1414 (9th Cir. 1985). The appeal of an order does not, however, deprive the Court of jurisdiction over issues not raised in that order. *Id.* at 1415. In this case, Plaintiff Schutte & Koerting, Inc. is appealing only the order granting Defendants' motion for summary judgment, and does not raise issues pertaining to the Third Party Complaint. Furthermore, it is clear the other parties do not object to entry of judgment as to United National, or to dismissal of the Third Party Complaint.

Therefore, United National's motion for entry of judgment is hereby **GRANTED**. Pursuant to Fed. R. Civ. P. 41(a)(2), the Third Party Complaint is hereby **DISMISSED** without prejudice. United National shall bear its own costs and fees.

**IT IS SO ORDERED**.

DATED: June 7, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge